# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

## 2025 CU 0640

### MARCUS L. HUNTER

### VERSUS

### TONYA ROCHELLE SHEPPARD HUNTER

### 4th JUDICIAL DISTRICT COURT
### PARISH OF OUACHITA CASE NO. 20223756

---

## ORDER SEALING OPINION

This is a closed child custody proceeding. Previously, in its judgment dated October 16, 2023, the trial court ordered: "**IT IS ORDERED** that the record in this case be and hereby is sealed. The record shall be available only to the Court, the parties, and counsel for the parties, and copies of all other orders and judgments rendered in this case may be copied only by the parties and their counsel of record."

This Court has previously sealed the entire appellate record and the appellate briefs filed in this matter. Accordingly, **IT IS HEREBY ORDERED** that the opinion of this Court issued herewith shall remain under seal, and may be released only to the parties to this appeal or their counsels of record, to the District Court under Seal, and to the Louisiana Supreme Court, if further appellate review is desired.

WIL
EW
CHH

Ordered and issued on
this _7th_ day of November 2025.

Chief Deputy Clerk